UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CLIFFORD INGRAM,<br><br>Plaintiff,<br><br>v.<br><br>LONG BEACH SUPERIOR COURT, ET AL.,<br><br>Defendants. | Case No. CV 18-3637-DOC (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing Plaintiff's claims with prejudice and without leave to amend.

Dated: September 19, 2018

_____
HONORABLE DAVID O. CARTER
United States District Judge