# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CLIFFORD INGRAM, | Case No. CV 18-3637-DOC (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| LONG BEACH SUPERIOR COURT, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's First Amended Complaint is dismissed with prejudice and without leave to amend.

Dated: September 19, 2018

_David O. Carter_

HONORABLE DAVID O. CARTER
United States District Judge